PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of the Northen Mariana Islands*

FILED
Clerk
District Court

FEB 22 2006

For The Northern Mariana Island
By_____
       (Deputy Clerk)

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 02-00007-001 |
| YANG, JIAN HUA | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 22, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: /s/ Margarita Wonenberg
    MELINDA N. BRUNSON
    U.S. Probation Officer

Reviewed by:

/s/
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      Guam Bureau of Immigration and Customs Enforcement
      File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 22nd day of February, 2006

Alex R. Munson
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands