F I L E D
Clerk
District Court

**JUN 1 4 2006**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,　) <br> 　　　　　Plaintiff,　　　) <br> 　　　　　　　　　　　) <br> 　　vs.　　　　　　) <br> 　　　　　　　　　　　) <br> JIAN HUA YANG　　　　) <br> 　　　　　Defendant.　　　) <br> _____) | USDC Cr. Cs. No.: 02-00007-001 |

**Re:    Special Report; Request to Reopen Case**

On February 11, 2003, Ms. Jian Hua Yang was sentenced by the U.S. District Court for the offenses of Conspiracy to Possess Methamphetamine with Intent to Distribute and Distribution of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Ms. Yang was sentenced to one year imprisonment, followed by immediate deportation. It was further ordered that should deportation fail to occur, Ms. Yang would serve four years of supervised release with the following conditions: that she obey all federal, state, and local laws; that she comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; that she not possess a firearm or other dangerous weapon; that she not use or possess illegal controlled substances; that she refrain from any use of alcoholic beverages; that she submit to one urinalysis within 15 days of release from custody, and at least two more thereafter; that she submit to a substance abuse intake assessment and comply with any recommended treatment; that she obtain and maintain gainful employment; and that she perform 200 hours of community service.

Ms. Yang was released from the Bureau of Prisons on February 23, 2004 and placed in the custody of the U.S. Immigration and Customs Enforcement. She was deported from San Francisco, California to Republic of China on April 19, 2004.

Special Report; Request to Reopen Case
Re:    YANG, Jian Hua
USDC Cr. Cs. No. 02-00007-001
June 13, 2006
Page 2

On February 22, 2006, the U.S. Probation Office erroneously requested the Court to terminate Ms. Yang's supervised release two years early. The Probation Office erred in calculating the expiration date, which is actually February 22, 2008. The Probation Office therefore, respectfully requests that Ms. Yang's case be re-opened to provide this office with the opportunity to supervise her should she re-enter the Commonwealth of the Northern Mariana Islands before February 22, 2008.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:    _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File

*********************************************************************************************************

## ORDER OF COURT

Pursuant to the above report, it is ordered that U.S.D.C. Criminal Case Number 02-00007-001, Us. v. Jian Hua Yang, be reopened for the duration of the defendant's period of supervised release.

Dated this _____ day of June 2006.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands